*[Handwritten note:]*

To Kana Caplan
From
Martin
Myers
404-993-3099

## Residential Lease

**Clause 1. Identification of Landlord and Tenant**
This agreement is entered into between _Eagles Lake_ [Tenant] and _Kana & Richard Caplan_ [Landlord]. Each Tenant is jointly and severally liable for the payment of rent and performance of all other terms of this Agreement.

**Clause 2. Identification of Premises**
Subject to the terms and conditions in this Agreement, Landlord rents to Tenant, and Tenant rents from Landlord, for residential purposes only, the premises located at _111 Waddell Street_ _Atlanta 30307_ together with the following furnishings and appliances: _____.
Rental of the premises also includes _____.

**Clause 3. Limits on Use and Occupancy**
The premises are to be used only as a private residence for Tenant(s) listed in Clause 1 of this Agreement, and the following minor children: _____.
Occupancy by guests for more than _____ is prohibited without Landlord's written consent and will be considered a breach of this Agreement.

**Clause 4. Term of the Tenancy**
The term of the rental will begin on _Sept 1 2013_, and end on _Aug 31-2014_.
If Tenant vacates before the term ends, Tenant will be liable for the balance of the rent for the remainder of the term.

**Clause 5. Payment of Rent.**
**Regular month rent**
Tenant will pay to Landlord a monthly rent of $ _1400_, payable in advance on the first day of each month, except when that day falls on a weekend or legal holiday, in which case rent is due on the next business day. Rent will be paid to _____ at _____ or at such other place as Landlord designates.

**Delivery of Payment.**
Rent will be paid:
☐ by mail, to _PO Box 682371 Marietta Ga 30068_
☐ in person, at _____

**Form of payment.**
Landlord will accept payment in these forms: _Eagles Lake Inn_
☐ personal check made payable to _Eagles Lake Inn_
☐ cashier's check made payable to _____
☐ credit card
☐ money order
☐ cash

**Prorated first month's rent.**
For the period from Tenant's move-in date, _____, through the end of the month, Tenant will pay to Landlord the prorated monthly rent of $ _____. This amount will be paid on or before the date the Tenant moves in.

**Clause 6. Late Charges**
If Tenant fails to pay the rent in full before the end of the ___10___ day after it's due, Tenant will pay Landlord a late charge of $_____, plus $__10__ for each additional day that the rent remains unpaid. The total late charge for any one month will not exceed $_____. Landlord does not waive the right to insist on payment of the rent in full on the date it is due.

**Clause 7. Returned Check and Other Bank Charges**
If any check offered by Tenant to Landlord in payment of rent or any other amount due under this Agreement is returned for lack of sufficient funds, a "stop payment," or any other reason, Tenant will pay Landlord a returned check charge of $___10___.

**Clause 8. Security Deposits**
On signing this Agreement, Tenant will pay to Landlord the sum of $__1400__ as a security deposit. Tenant may not, without Landlord's prior written consent, apply this security deposit to the last month's rent or to any other sum due under this Agreement. Within _____ after Tenant has vacated the premises, returned keys, and provided Landlord with a forwarding address, Landlord will give Tenant an itemized written statement of the reasons for, and the dollar amount of, any of the security deposit retained by Landlord, along with a check for any deposit balance.

**Clause 9. Utilities**
Tenant will pay all utility charges, except for the following, which will be paid by Landlord:
_____
_____

**Clause 10. Assignment and Subletting**
Tenant will not sublet any part of the premises or assign this Agreement without the prior written consent of Landlord.

**Clause 11. Tenant's Maintenance Responsibilities**
Tenant will: (1) keep the premises clean, sanitary, and in good condition and, upon termination of the tenancy, return the premises to Landlord in a condition identical to that which existed when Tenant took occupancy, except for ordinary wear and tear; (2) immediately notify Landlord of any defects or dangerous conditions in and about the premises of which Tenant becomes aware; and (3) reimburse Landlord, on demand by Landlord, for the cost of any repairs to the premises damaged by Tenant or Tenant's guests or business invitees through misuse or neglect.
~~Tenant has examined the premises, including appliances, fixtures, carpets, drapes, and paint, and has found them to be in good, safe, and clean condition and repair, except as noted in the Landlord-Tenant Checklist.~~
No inspection as of 8/9 — will take place ASAP

**Clause 12. Repairs and Alterations by Tenant**
a. Except as provided by law, or as authorized by the prior written consent of Landlord, Tenant will not make any repairs or alterations to the premises, including nailing holes in the walls or painting the rental unit.
b. Tenant will not, without Landlord's prior written consent, alter, rekey, or install any locks to the premises or install or alter any burglar alarm system. Tenant will provide Landlord with a key or keys capable of unlocking all such rekeyed or new locks as well as instructions on how to disarm any altered or new burglar alarm system.

**Clause 13. Violating Laws and Causing Disturbances**
Tenant is entitled to quiet enjoyment of the premises. Tenant and guests or invitees will not use the premises or adja-

### Clause 21. Authority to Receive Legal Papers

The Landlord, any person managing the premises, and anyone designated by the Landlord are authorized to accept service of process and receive other notices and demands, which may be delivered to:

- ☐ The Landlord, at the following address: _____
- ☐ The manager, at the following address: _____
- ☐ The following person, at the following address: _____

### Clause 22. Additional Provisions

Additional provisions are as follows:

_____
_____
_____
_____

### Clause 23. Validity of Each Part

If any portion of this Agreement is held to be invalid, its invalidity will not affect the validity or enforceability of any other provision of this Agreement.

### Clause 24. Grounds for Termination of Tenancy

The failure of Tenant or Tenant's guests or invitees to comply with any term of this Agreement, or the misrepresentation of any material fact on Tenant's rental application, is grounds for termination of the tenancy, with appropriate notice to Tenant and procedures as required by law.

### Clause 25. Entire Agreement

This document constitutes the entire Agreement between the parties, and no promises or representations, other than those contained here and those implied by law, have been made by Landlord or Tenant. Any modifications to this Agreement must be in writing signed by Landlord and Tenant.

| | | |
|---|---|---|
| 8-9-13 | [signature] | |
| Date | Landlord or Landlord's Agent | Title |

Address: P/l 6 8 2 27 / 3006 8

| City | State | Zip Code | Phone |
|---|---|---|---|

| | | |
|---|---|---|
| 8-9-13 | X Richard Cajela | 0-202 4274587 |
| Date | Tenant | Phone |

| | | |
|---|---|---|
| Date | Tenant | Phone |

| | | |
|---|---|---|
| Date | Tenant | Phone |